**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CARL W. NEIDHART,**

                **Plaintiff,**

**-vs-**                                                                                       **Case No. 6:04-cv-726-Orl-31KRS**

**LYNX TRANSIT,**

_____

## ORDER

On September 30, 2005 and October 3, 2005, the parties filed cross Motions for Summary Judgment (Docs. 35 and 36). The Court issued its *Milburn* Order that same day, giving the parties until November 2, 2005 to file their opposition papers (Doc. 38). On October 28, 2005, Defendant filed its memorandum in opposition to Plaintiff's Motion (Doc. 41). On November 2, 2005, Plaintiff "filed" a manila envelope containing numerous loose documents, including emails, letters, handwritten pleadings, unverified "affidavits," correspondence, newspaper articles, notes, etc., and a Notice of Filing Affidavits (Doc. 43). Plaintiff did not file a memorandum of law as required by Local Rule 3.01(b).

Apparently, Plaintiff's attempt at responding to Defendant's Motion was simply to file all the documents he has accumulated related to his perceived grievance. These documents are not organized or indexed and it is impossible for the Court to discern how any of them are relevant to the subject motion.

Since Defendant's Motion appears meritorious and because Plaintiff has failed to file an intelligible response, and because Plaintiff's Motion for Summary Judgment is patently deficient, it is

**ORDERED** that Defendant's Motion for Summary Judgment is GRANTED and Plaintiff's Motion for Summary Judgment is DENIED.  The Clerk is directed to enter judgment for Defendant and close the file.  This case is removed from the February 2006 trial docket and all other pending motions are DENIED as moot.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on November 2, 2005.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party